HERBERT D. ADLER et al., Copartners Doing Business as HERBERT D. ADLER & COMPANY, Respondents, v. JOSEPH L. ROSENBERG et al., Defendants, and

GRUDA REALTY CORPORATION, Defendant-Appellant. GRUDA REALTY CORPORA-
TION, Landlord, Appellant, v. HERBERT D. ADLER et al., Tenants, Respondents.—
Orders unanimously reversed, each with ten dollars costs and disbursements,
and the motions denied. No opinion. Settle order on notice. Present — Mar-
tin, P. J., Townley, Glennon, Cohn and Callahan, JJ.